# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CHRISTINA HANNAH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:10-0678 |
| ) | Judge Trauger |
| TENNESSEE PERSONAL ASSISTANCE, INC., ) | Magistrate Judge Griffin |
| ) | |
| Defendant. ) | |

**O R D E R**

The Defendant Tennessee Personal Assistance, Inc.'s Motion For Status (Docket No. 26) is **GRANTED**. The court apologizes to the parties for the inattention to the Report and Recommendation issued by the Magistrate Judge on November 29, 2010.

On November 29, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 23), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusion of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE** in its entirety.

It is so **ORDERED.**

ENTER this 8th day of April 2011.

_____
ALETA A. TRAUGER
U.S. District Judge